ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
jacob.bundick@akerman.com

*Attorneys for Defendant*
*Bank of America Home Loans, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID A. JOYNER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, INC., as successor-in-interest; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.:   2:09-CV-02406-RCJ-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

　　　　This Court granted Defendant Bank of America Home Loans, Inc.'s (Defendant) Motion to Dismiss on July 26, 2010 [Dkt. No. 20].

　　　　Defendant further request that the Lis Pendens currently recorded against the subject property by Plaintiff David A. Joyner ("Plaintiff") be canceled.

　　　　The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about October 29, 2009, in Book No. 20091029 as Instrument No. 0002832 in the real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto and fully incorporated by reference.

{LV005700;1}

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

DATED this 9th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

**AKERMAN SENTERFITT LLP**

  /s/ Ariel E. Stern
ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Bank of America Home Loans, Inc.*

{LV005700;1}                                        2



APN # **177-27-110-001**

Inst #: 200910290002832
Fees: $15.00
N/C Fee: $0.00
10/29/2009 01:50:14 PM
Receipt #: 111082
Requestor:
D JOYNER
Recorded By: KXC   Pgs: 2
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

## NOTICE OF LIS PENDENS

Recording Requested By:

**David Joyner
7435 S. Eastern Ave., Suite 5256
Las Vegas, NV 89123**

This page added to provide additional information required by NRS 111.312.
This cover page must be typed or written clearly in black ink only.

```
 1  David A. Joyner
    7435 S. Eastern Ave., Suite 5256
 2  Las Vegas, NV 89123
 3  (702) 207-9189
    Plaintiff in proper person
 4                              DISTRICT COURT
 5
                              CLARK COUNTY, NEVADA
 6
 7  David A. Joyner,              )
                                  )     Case No.: A-09-602118-C
 8            Plaintiffs,         )
                                  )     Dept. No.:  I
 9       vs.                      )
                                  )
10  Bank of America Home Loans, Inc. as )
    successor-in-interest; Mortgage Electronic )   NOTICE OF LIS PENDENS
11  Registration Systems, Inc.; and Does 1 through )  A-09-602118-C
    100, inclusive,               )               474300
12                                )
13            Defendants.         )
```

FILED OCT 21 2009 / CLERK OF COURT

NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property as described herein was commenced in the above-entitled court on October 21, 2009 by David A. Joyner, Plaintiff, against Bank of America Home Loans, Inc., Mortgage Electronic Registration Systems, Inc., Defendants. The action is now pending in the above-named court. The action concerns title to specific real property identified in the Complaint situated in Clark County, Nevada, commonly known as 694 Baldurn Avenue, Las Vegas, Nevada 89183, and legally described as:

HUNTINGTON-UNIT 1, PLAT BOOK 82 PAGE 23, LOT 1 BLOCK 1

The object of Plaintiff's action is, among other things, to quiet title.

Dated this 21st day of October, 2009.

David A. Joyner
7435 S. Eastern Ave., Suite 5256
Las Vegas, NV 89123
(702) 207-9189

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

OCT 29 2009

RECEIVED OCT 21 2009 CLERK OF THE COURT